IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:25-CV-00204-M-RJ

| | |
|---|---|
| DIANE SUSIE PAGE,<br><br>Plaintiff,<br><br>v.<br><br>ELEKTA, INC.,<br><br>Defendant. | ORDER |

This matter comes before the court on the Memorandum and Recommendation ("M&R") issued by United States Magistrate Judge Robert B. Jones, Jr. [DE 24]. Therein, Judge Jones recommends that Elekta, Inc.'s Motion to Dismiss [DE 11] be granted. The M&R, along with instructions and a deadline for filing objections, was served on the parties on July 16, 2026. *See* DE 24. Neither party filed a timely objection.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d

at 315. For the reasons stated therein, Elekta, Inc's Motion to Dismiss [DE 11] is GRANTED, and Diane Susie Page's Complaint [DE 1] is DISMISSED. The Clerk is directed to close the case.

SO ORDERED this 31st day of July, 2026.

Richard E Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE